# UNITED STATES COURT OF APPEALS
## For the Fifth Circuit

---

No. 95-10673
Summary Calendar

---

TOMMY J. HAMILTON,

Plaintiff-Appellant,

VERSUS

TEXACO, INC., A Texas Corporation and its Chairmans,
Executives, its Managers, its Agents, Servants, Employees
and Assigns;  GREG TRUE; DIAZ; JIM BOWLES, Sheriff,
Individually and in his Official Capacity as Sheriff
of Dallas County, ET AL.,

Defendants-Appellees.

---

Appeal from the United States District Court
For the Northern District of Texas
(No. 3:95-CV-366-P)

---

December 7, 1995

Before THORNBERRY, GARWOOD, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Tommy J. Hamilton appeals the dismissal with prejudice as frivolous of his action pursuant to 42 U.S.C.§§ 1091-1988.  He argues that the district court erred in dismissing his complaint,

---

[*]Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the Court has determined that this opinion should not be published.

as he states viable §§ 1983, 1985, and 1986 claims. Because he fails to argue whether he stated claims under §§ 1981, 1982, and 1994, these claims are considered abandoned on appeal, and we will not address them. See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993). We have reviewed the record and find no reversible error. We affirm for essentially the same reasons given by the district court. Hamilton v. Texaco, No. 95-10673 (N.D. Tex. 19 July, 13, 1995).

AFFIRMED.